Drew L. Johnson
Kathryn Tassinari
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTINA M. SCOTT,** | Case No. 6:17-cv-00512-TC |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's counsel is hereby awarded the sum of $15,683.25 in attorney fees, less the Equal Access to Justice ("EAJA") fees awarded of $5,667.55, for a net of $10,015.70, less an administrative assessment pursuant to 42 U.S.C. 406(d), as full settlement of attorneys' fees under 42 U.S.C. §406(b), which shall be paid by the

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) - 1

Commissioner directly to plaintiff's counsel, Drew L. Johnson, PC, 1700 Valley River Drive, Eugene, OR 97401, to the extent that the withheld 25% of Plaintiff's past-due benefits are available and unexhausted.

IT IS SO ORDERED this day of November 14, 2019

_____
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff